3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA, §
§
§
§
vs. § Case No. B-97-490-S1-04
§ Civil Action:_____
§
§ B-01-007
ARTURO PENA §
§

United States District Court
Southern District of Texas
FILED
JAN 1 1 2001
Michael N. Milby
Clerk of Court

---

## MOTION FOR EVIDENTIARY HEARING

---

Petitioner, **ARTURO PENA**, pro se, pursuant to **RULE 8**, Rule Governing Section 2255 Proceeding in the United States District Court, respectfully moves this Honorable COurt to set for a hearing on the issues raised in the above-styled and captioned Motion for Post Conviction Relief heretofore filed pursuant to 28 U.S.C. § 2255, and says is support:

Section 2255 provides that "unless the motion and files and records of the case conclusively show that the prisoner is entitles to no relief, the Court shall . . . grant a promt hearing thereon, determine the issues and make findings of fact and conclusion of law with respect thereto". **FONTAINE -v- UNITED STATES**, 411 U.S. 213, 215 (1973)(reversing summary dismissal and remanding for hearing because "motion and files and records of the case did not conclusively show that the petitioner is entitles to no relief'), **SANDER -v- UNITED STATES**, 373 U.S. 1, 19-21(1963); **UNITED STATES**

-v- **BARTHOLOMEW**, 974 F.2d 39, 41 (5th. Cir. 1992)(a motion brought under § 2255 can be denied without a hearing only if the motion, files, and records of the case conclusively show that the prisoner in entitled to no relief), **ANDERSON -v- UNITED STATES**, 948 F.2d 704 (11th. Cir. 1991)(movant entitled to evidentiary hearing because "record does not conclusively show that the prisoner's contentions are without merit").

In amplification of these proceedings, and the Rules governing same, the rules provide for an evidentiary hearing when the standards in **TOWNSEND -v- SAIN**, 372 U.S. 293 (1963) require, or at least, permit one in the discretion of the Court.

WHEREFORE, Petitioner would respectfully request this Honorable Court to set this case for an evidentiary hearing consistent with the provisions of **RULE 8**, supra.

Date: January 4, 2001          Respectfully SUbmitted,

X *Arturo Pena*
Arturo Pena
Pro Se Litigant
P.O. Box 26020
Beaumont, Texas 77720-6020

## CERTIFICATE OF SERVICE

I **ARTURO PENA**, hereby certify that a true and correct copy of this foregoing instrument has been mailed postage pre-paid on the <u>4th.</u> day of <u>January</u>, 2001, by depositing the required number of originals and copies into the prison mail collection box, in sealed envelopes, and addressed correctly to the following:

Assistant U.S. Attorney
Ms. Jody Young
1036 E. Levee Street
Brownsville, Texas 78520

*Arturo Peña*
_____
Arturo Pena