4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO PENA, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-007 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-490-S1-04 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

### O R D E R

Petitioner, Arturo Pena, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by March 2, 2001.

DONE at Brownsville, Texas, this 17th day of January, 2001.

                                                John Wm. Black
                                              United States Magistrate Judge

ClibPDF - www.fastio.com