5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § § § |
| vs. | § § Civil Action: B-01-00007 § § |
| ARTURO PENA, PETITIONER | § § § § § |

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INTO THE UNITED STATES DISTRICT COURT COMES NOW, the Petitioner, ARTURO PENA, acting through "Pro Se" fashion and being assisted by inmate counsel, in the above entitled and styled cause respectfully moves this HONORABLE COURT, to grant leave to proceed in froma pauperis on Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255 for a person in Federal Custody.

The Petitioner declare that he is the Petitioner in the above entitled case; that in support of Petitioner's motion to proceed **without** being required to prepay fees, costs or give security therefore, states that because of Petitioner's poverty and incarceration, he is unable to pay the cost of said proceeding or give security therefore; the Petitioner believes he is entitled to redress his claims and relief.

An application to proceed in forma pauperis, supporting documentation and declaration in support of request to proceed in forma pauperis attached is made part of this motion by reference herein.

Date: 21 January 2001                    Respectfully Submitted,


X Arturo Pena
Arturo Pena
Pro Se Litigant
FCC (Low)
Reg. No. 77673-079
P.O. Box 26020
Beaumont, Texas 77720-6020


CERTIFICATION OF SERVICE

I, Arturo Pena, hereby certify that a true and exact copy of this foregoing instrument has been mailed postage pre-paid on ___22th.___ day of ___JANUARY___ 2001, to the following:

Assistant U.S. Attorney
Ms. Jody Young
1036 E. Levee Street
Brownsville, Texas 78520


X Arturo Pena
Arturo Pena
Pro Se Litigant

ARTURO PENA
      *(Petitioner)*

UNITED STATES OF AMERICA
      *(Respondent(s))*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, ARTURO PENA_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes **XX**   No____

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    Inmate Prison at Beaumont, Texas 77720

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes____   No **XX**
    b. Rent payment, interest or dividends?   Yes____   No **XX**
    c. Pensions, annuities or life insurance payments?   Yes____   No **XX**
    d. Gifts or inheritances?   Yes **XX**   No____
    e. Any other sources?   Yes **XX**   No____

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    My family will send me a few dollars when they are able to do so. Also, I receive maintenance pay from the Prison System.

3. Do you own any cash, or do you have money in a checking or saving account?   Yes **XX**   No____
   (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned.

    Approximately forty dollars

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?   Yes____   No **XX**

    If the answer is yes, describe the property and state its approximate value.

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

Civ 27 (02/83)

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Veronica Pena (Wife), Arturo Pena, Jr. (Son) and Javier Pena (Son)

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 21 January 2001
(Date)

*Arturo Pena*
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ 38.41 on account to his credit at the FCC (Low) Beaumont, Texas 77720 institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said None institution: FCC (Low) BMT

DATED 21 January 2001

*K. Rodgers*
Authorized Officer of Institution

*Correctional Counselor*
Title of Officer

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

Civ 27 (02/83)

## CERTIFICATE OF SERVICE

I, Arturo Pena, Hereby certify, pursuant to 28 U.S.C. § 1746, that a true and exact copy of this foregoing documents has been forward on the ___22TH.___ day of ___JANUARY___, 2001, by mail postage affixed to following:

U.S. Attorney's Office
AUSA Jody Young
1036 E. levee Street
Brownsville, Texas 78520


*Arturo Peña*
Arturo Pena
Pro Se Litigant