6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO PENA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-007 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

IT IS HEREBY ORDERED that:

The following Motion should be and is hereby MOOT.

Docket No. 5.

SIGNED at Brownsville, Texas, this 2nd day of February, 2001.

John Wm. Black
United States Magistrate Judge