

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
JUN 1 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO PENA, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-007 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-490 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Arturo Pena ("Pena") has filed a pro-se Petition pursuant to 28 U.S.C. § 2255 (Docket No. 1) seeking to have his post guilty plea seventy-eight month sentence for possession with intent to distribute cocaine set aside. The government has filed an answer incorporating a Motion to Dismiss and a Motion for Summary Judgment (Docket No. 7). For the reasons set forth below, this Motion should be granted.

## BACKGROUND

According to the criminal file in Cr. B-97-490, Pena was indicted by a grand jury on February 22, 1997. The four count indictment charged him and others with intent to distribute cocaine. On March 5, 1998, he pled guilty to Counts Two and Four. On May 28, 1998, he was sentenced to serve seventy-eight months. He did not appeal, therefore his sentence became final on June 18, 1998. Fed. R. App. P. 4(b).

The § 2255 petition was filed on January 16, 2001.

1

## RECOMMENDATION

Pena's petition is time barred. 28 U.S.C. § 2255 contains a one year limitation provision which begins to run when the conviction is final. This provision also contains other start dates. However, none apply to Pena's case.

IT IS THEREFORE RECOMMENDED that the government's Motion to Dismiss be **GRANTED**. IT IS FURTHER RECOMMENDED that Arturo Pena's Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 12th day of June, 2001.

John Wm. Black
United States Magistrate Judge