IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTURO PENA,<br>    Plaintiff-Petitioner, | §<br>§<br>§   CIVIL ACTION NO. B-01-007 |
| VS. | §<br>§   CRIMINAL NO. B-97-490 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 12, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this __5TH__ day of __JULY__, 2001.

_____
Filemon B. Vela
United States District Judge